```
               IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

KAIN AYALA GUADARRAMA                                          PLAINTIFF

        v.                Civil No. 11-5122

SHIELA ROGERS, d/b/a Zoom Bail
Bonds; and SHERIFF KEITH FERGUSON,
Benton County, Arkansas                                       DEFENDANTS

**ORDER**

    Now on this 6th day of July, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #5) is **adopted in its entirety.**

    **IT IS FURTHER ORDERED** that the plaintiff's request to proceed *in forma pauperis* be denied and that plaintiff's complaint be dismissed.

    **IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE